EXHIBIT B

EXHIBIT B

** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK BARRY, M.D., | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 1:14-cv-104 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| MEDTRONIC, INC., | § | PRD |
| | § | |
| *Defendant*. | § | |

**ORDER APPROVING SUPERSEDEAS BOND AND GRANTING
MEDTRONIC'S UNOPPOSED MOTION FOR STAY PENDING APPEAL**

Defendant Medtronic, Inc. moves for the court to approve its supersedeas bond and stay execution of the judgment against it pending resolution of appeals (Dkt. # 457). Plaintiff Dr. Mark A. Barry has agreed to a bond in the amount of $20,000,000.00, and does not oppose the motion. For the following reasons, the court is of the opinion that the bond should be accepted and Dr. Barry's motion to stay execution of the judgment should be granted.

The court entered Final Judgment in this case on May 16, 2017, ordering that Medtronic shall pay Plaintiff Dr. Mark A. Barry the following sums:

1. $15,095,970.00 for infringement of the '358 Patent within the United States; plus

2. $3,019,194.00, which represents a twenty percent (20%) enhancement on the damages awarded for infringement of the '358 Patent within the United States; plus

3. $2,625,210.00 for infringement of the '121 Patent within the United States; plus

4. $525,042.00, which represents a twenty percent (20%) enhancement on the damages awarded for infringement of the '121 Patent within the United States; plus

5. Prejudgment interest in the amount of $2,357,849.00; plus

1

      6. Costs of court; and

      7. Pursuant to 28 U.S.C. § 1961, post-judgment interest on damages awarded herein at the rate of 1.07%;

Dkt. # 452.

The court also entered on Order on Post-Trial Accounting and Escrow Account. Dkt. # 451. In that Order, the court addressed protection of Dr. Barry's interest in damages incurred between trial and the date on which the Final Judgment was entered, and in post-judgment damages. *Id*.

Rule 62(d) of the Federal Rules of Civil Procedure provides a mechanism by which an appellant can stay execution of a judgment and provide security to a party to which damages are owed. Rule 62(d) states, in part:

> If an appeal is taken, the appellant may obtain a stay by supersedeas bond . . . The bond may be given upon or after the filing of a notice of appeal or after obtaining the order allowing the appeal. The stay takes effect when the court approves the bond.

Medtronic has secured a supersedeas bond and has filed a copy with the court. *See* Dkt. # 457-1. In the present motion, Medtronic requests that the court approve the bond and stay enforcement and execution of the Final Judgment pending the final disposition of any appeals from that Final Judgment. Dkt. # 457 at p. 3. The parties have agreed to a bond amount of $20,000,000.00, which the court finds to be fair and adequate in providing Dr. Barry security while all post-judgment motions and appeals are pending. This bond amount stands separate and apart from the amount held in the interest-bearing escrow account. That account is to secure a potential award of damages accruing after trial, which are not covered by the Final Judgment.

Local Rule CV-62 requires that the insurance company on a supersedeas bond must be on the Treasury Department's list of certified bond companies. L.R. CV-62(a)(1). The court has

2

confirmed that Liberty Mutual Insurance Company, the company insuring Medtronic's bond, is on the Treasury Department's list. *See* Department of the Treasury's Listing of Certified Companies, https://www.fiscal.treasury.gov/fsreports/ref/suretyBnd/c570_a-z.htm (last visited May 30, 2017); *see also* Dkt. # 457-2.

Further, pursuant to Local Rule CV-62(b), if the insurance company is not incorporated and licensed in the State of Texas, a power of attorney must be filed, and the agent for the power of attorney must reside in the Eastern District of Texas unless the court orders otherwise. L.R. CV-62(b). Medtronic filed a power of attorney, and the agents listed reside in Frisco, Texas, which is within the Eastern District of Texas. *See* Dkt. # 457-3.

Medtronic has fully complied with the Local Rules governing the procedures for approval of a supersedeas bond and staying proceedings to enforce a judgment.

It is therefore **ORDERED** that Defendant Medtronic, Inc.'s Agreed Motion for Bond to Approve Supersedeas Bond and to Stay Enforcement of Final Judgment (Dkt. # 457) is hereby **GRANTED**. The court hereby **APPROVES** the supersedeas bond secured by Medtronic. The Clerk of the Court shall receive and file the supersedeas bond immediately.

It is **FURTHER ORDERED** that no execution shall issue on the Final Judgment (Dkt. # 452), nor shall any proceedings be taken to enforce it, with respect to Medtronic or Dr. Barry while any appeal is pending before the United States Court of Appeals for the Federal Circuit, and if applicable, while any petition for writ of certiorari or appeal is pending before the United States Supreme Court.

So **ORDERED** and **SIGNED** this 1 day of **June, 2017.**

_____
Ron Clark, United States District Judge

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| MARK A. BARRY, MD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:14-104-RC |
| | § | |
| MEDTRONIC, INC., | § | Judge Ron Clark |
| | § | |
| Defendant. | § | |
| | § | |

## DEFENDANT MEDTRONIC, INC.'S NOTICE OF APPEAL

NOTICE IS GIVEN that Defendant Medtronic, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on May 16, 2017 (Dkt. 452) and from any and all orders, rulings, findings, and conclusions underlying and related to that judgment, including but not limited to the July 21, 2017 Order denying Medtronic's renewed motion for judgment as a matter of law and motion for new trial and/or remittitur (Dkt. 479), the Order on post-trial accounting and escrow account (Dkt. 451), the Order on enhanced damages and attorney's fees (Dkt. 444), the Court's findings and conclusions regarding inequitable conduct (Dkt. 443), the Order regarding Defendant's post-trial motions for judgment as a matter of law (Dkt. 442), the Jury Verdict (Dkt. 411), the Final Jury Instructions (Dkt. 414), the Court's evidentiary rulings during trial, the Court's pre-trial evidentiary rulings (Dkt. 379, Dkt. 378, Dkt. 294, Dkt. 293, Dkt. 292, Dkt. 291), the Order construing claim terms (Dkt. 122), and the Court's summary judgment orders (Dkt. 158, Dkt. 66, Dkt. 65).

DATED: August 18, 2017                                      Respectfully submitted,

                                                            By: */s/ Mary-Olga Lovett*

                                                            Mary-Olga Lovett

1

Email: lovettm@gtlaw.com
Aimee M. Housinger
Email: housingera@gtlaw.com
Greenberg Traurig LLP
1000 Louisiana, Suite 1700
Houston, TX 77002
Telephone: (713) 374-3541

Scott J. Bornstein
Email: bornsteins@gtlaw.com
Allan A. Kassenoff
Email: Kassenoffa@gtlaw.com
Richard C. Pettus
Email: pettusr@gtlaw.com
Julie P. Bookbinder
Email: bookbinderj@gtlaw.com
Greenberg Traurig LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200

Clyde M. Siebman
Texas Bar No. 18341600
Email: clydesiebman@siebman.com
Elizabeth Siebman Forrest
Texas Bar No. 18341600
Email: elizabethforrest@siebman.com
Siebman, Burg, Phillips & Smith LLP
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
Telephone: (903) 870-0070

Seth P. Waxman
Email: seth.waxman@wilmerhale.com
Brittany Amadi
Email: brittany.amadi@wilmerhale.com
WilmerHale
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000

Mark C. Fleming
Email: mark.fleming@wilmerhale.com
Eric F. Fletcher

2

Email: eric.fletcher@wilmerhale.com
WilmerHale
60 State Street
Boston, MA 02109 USA
Telephone: (617) 526-6000

***Attorneys for Medtronic, Inc.***

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on August 18, 2017.


*/s/ Mary-Olga Lovett*
Mary-Olga Lovett